UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-CR-98-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL JOSEPH LEONARD | ) | |

For good cause shown, the Government's motion to vacate the conviction on Count Three of the Criminal Information is hereby GRANTED, and the conviction on Count Three is hereby VACATED.

So ORDERED this 6th day of March 2014.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE